IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEBORAH ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-05-1493-L |
| ) | |
| SUZANNE PRITCHETT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

This action is brought pursuant to 42 U.S.C. § 1983 by plaintiff, a state prisoner appearing *pro se*. This matter is before the court for review of the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on February 22, 2006, wherein he recommended that plaintiff's action be dismissed without prejudice due to plaintiff's failure to submit the motion to proceed *in forma pauperis* in accordance with the court's orders.

The court file reflects that no party has filed an objection with the Clerk of this Court within the time limits prescribed in the Report and Recommendation. As of this date, plaintiff has failed to comply with the court's orders and has not filed any further pleadings with the court. Having conducted a *de novo* review of the matter, the court finds that the Report and Recommendation should be adopted in its entirety.

Therefore, plaintiff's 42 U.S.C. § 1983 action **is DISMISSED WITHOUT PREJUDICE.**

It is so ordered this 23rd day of March, 2006.

_/s/ Tim Leonard_
TIM LEONARD
United States District Judge